IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>TERRANCE G. MOTLEY, )<br>)<br>Defendant. )<br>) | No. 2:00-cr-20195-SHM |

---

### ORDER ON REMAND

---

Before the Court is the Order of the United States Court of Appeals for the Sixth Circuit, filed on August 7, 2025. (ECF No. 162.) The Sixth Circuit remanded this case to the Court "for the limited purpose of allowing the court to determine whether Motley has shown excusable neglect or good cause warranting an extension of the appeal period." (Id. at 2.)

A criminal defendant must file a notice of appeal within 14 days of the entry of the order being appealed. Fed. R. App. P. 4(b)(1). If a district court finds that "excusable neglect or good cause" exists for a defendant's failure to file within 14 days, the time to file a notice of appeal may be extended to 30 days after the expiration of the original 14-day deadline. See Fed. R. App. P. 4(b)(4); United States v. Payton, 979 F.3d 388, 390 (6th Cir. 2020).

Defendant appeals the order entered by the Court on October 11, 2024, denying his motions to dismiss for lack of prosecution and for early termination of supervised release. (ECF Nos. 153, 154 at 1.) The deadline for filing a notice of appeal expired on October 25, 2025, but Defendant did not file his notice of appeal until November 8, 2024. See Fed. R. App. P. 4(b)(1)(A) and 4(c)(1). (ECF No. 154.)

Nothing in the record or Defendant's notice of appeal acknowledges that the notice is untimely or provides an explanation of Defendant's circumstances from which the Court could make a finding of excusable neglect or good cause.

Defendant has not shown excusable neglect or good cause warranting an extension of the appeal period.

SO ORDERED this _14th_ day of August, 2025.

/s/ *Samuel H. Mays, Jr., Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE